# EXHIBIT A



# LEGISLATIVE GAZETTE

**National Assembly of the Bolivarian Republic of Venezuela**

*Caracas, Friday, August 11, 2023 - No. 74*



Summary

AGREEMENT IN RELATION TO THE BONDS ISSUED BY THE BOLIVARIAN REPUBLIC OF VENEZUELA GOVERNED UNDER THE LAWS OF THE STATE OF NEW YORK OF THE UNITED STATES OF AMERICA.

MINUTES OF THE REGULAR MEETING OF THE AD HOC BOARD OF ADMINISTRATION OF PETRÓLEOS DE VENEZUELA S.A.

MINUTES OF THE SPECIAL MEETING OF SHAREHOLDERS OF CORPORACIÓN ELÉCTRICA NACIONAL S.A. - CORPOELEC





Bolivarian Republic of Venezuela
National Assembly
Caracas - Venezuela

**THE NATIONAL ASSEMBLY
OF THE BOLIVARIAN REPUBLIC OF VENEZUELA**

In defense of the Constitution, Democracy, and the Rule of Law

**AGREEMENT IN RELATION TO THE BONDS ISSUED BY
THE BOLIVARIAN REPUBLIC OF VENEZUELA GOVERNED BY THE LAWS
OF THE STATE OF NEW YORK OF THE UNITED STATES OF AMERICA**

**WHEREAS**

In the framework of Article 333 of the Constitution of the Bolivarian Republic of Venezuela, this National Assembly enacted the Statute that governs the transition to democracy in order to restore the prevailing of the Constitution of the Bolivarian Republic of Venezuela, among whose objectives are the democratic and effective protection of the Republic's assets abroad.

**WHEREAS**

The regimes of Hugo Chávez and Nicolás Maduro left a legacy of foreign public debt that translates into multiple obligations as well as private claims against the public sector, and especially against the Republic, Petróleos de Venezuela, S.A. (PDVSA), the Central Bank of Venezuela (BCV), and other State-owned Enterprises, all of which jeopardizes indispensable assets for attending to the complex humanitarian emergency and economic reconstruction of the country. This makes it urgent to protect the Venezuelan State's assets abroad in the multiple litigations and arbitrations underway, prevent new litigation, and achieve an orderly restructuring of legitimately contracted debts.

**WHEREAS**

The Government of the United States, through its Office of Foreign Assets Control (OFAC) of the Department of the Treasury, has reiterated its recognition of the 2016 National Assembly's authority to represent our country and its assets in the USA (General License 31B of January 9, 2023). In addition, it issued General License No. 42 of May 1, 2023, in which the 2016 National Assembly, as well as entities or authorities designated by or under its control, were authorized to negotiate settlement agreements in relation to any debt of the Government of Venezuela, PDVSA or its affiliates.

**WHEREAS**

The lapsing of statutes of limitations and/or constructive abandonment for failure to prosecute applicable to the bonds issued by the Bolivarian Republic of Venezuela are imminent, which would probably force the bondholders (even those who do not so wish) to file lawsuits against the Republic in the Courts of the United States with the aim of tolling said lapses and preventing the extinction of their claims. Such a situation would generate new legal defense costs and hinder the possibility of a future orderly financial restructuring, as well as the future reinsertion of Venezuela into international financial markets and the attaining of access to financing required for reconstructing the country.

**AGREES:**

**FIRST:** The National Assembly of Venezuela, as the sole democratic, legitimate representative institution of the Bolivarian Republic of Venezuela in the United States, on its behalf, suspends and defers as of the date of this agreement and up to December 31, 2028, all lapses of statutes of limitations and/or constructive abandonment for failure to prosecute that, under



# LEGISLATIVE GAZETTE

**BOLIVARIAN REPUBLIC OF VENEZUELA
NATIONAL ASSEMBLY**



Bolivarian Republic of Venezuela
National Assembly
Caracas - Venezuela

the laws of New York of the United States of America, may be applicable to the bonds legally issued by the Bolivarian Republic of Venezuela.

**SECOND:** The First Agreement does not waive other defenses that the Bolivarian Republic may legitimately assert in case of lawsuits against it aimed at collecting on Bonds or other obligations.

**THIRD:** It urges the holders of Bonds issued by the Republic not to bring judicial actions, in order to contribute to the future orderly and equitable process for restructuring and payment of debt.

**FOURTH:** It supports declarations or agreements similar to this one that may be produced, within the realm of their autonomy, by other government entities whose authorities have been designated by this National Assembly or by the Board of Administration and Protection of Assets, that have issued Bonds or debt, that are in the same situation of an imminent lapsing of the statute of limitations.

**FIFTH:** It orders the publication of this agreement in the Legislative Gazette, and it urges the Board of Administration and Protection of Assets to duly disseminate this agreement.

Granted, signed and sealed at the on-line session of the National Assembly, held per a decision of the Board of Directors and as indicated in Articles 13(4) and 56, final subdivision, of the Internal Regulation and Debate Rules of the National Assembly, by reason of the seizure that the dictatorship of Nicolás Maduro maintains over the installations of the Legislative Palace, on the eighth day of the month of August of 2023. Years 212 of Independence and 163 of the Federation.

[signature]
**Dínorah Figuera Tovar
President of the National Assembly**

[signature]
**Marianela Fernández
First Vice President of the
National Assembly**

[seal with coat of arms of Venezuela:]
BOLIVARIAN REPUBLIC OF
VENEZUELA
NATIONAL ASSEMBLY
OFFICE OF THE PRESIDENT

[signature]
**Auristela Vásquez
Second Vice President of the
National Assembly**

[signature]
**José Figueredo
Secretary of the
National Assembly**

[signature]
**Luis Bustos
Assistant Secretary of the
National Assembly**



# LEGISLATIVE GAZETTE

**BOLIVARIAN REPUBLIC OF VENEZUELA**
**NATIONAL ASSEMBLY**



Ad Hoc Board of Administration of
**Petróleos de Venezuela, S.A.**

[watermark with logo of PDVSA]

MINUTES OF REGULAR MEETING OF THE AD HOC BOARD OF ADMINISTRATION OF PETRÓLEOS DE VENEZUELA S.A.

Held on August ninth, two thousand twenty-three (August 9, 2023)

In the city of Miami, United States of America, at eleven o' five a.m. on August ninth, two thousand twenty-three (August 9, 2023), having been called to assemble, the totality of the members of the Ad Hoc Board of Administration of the company named Petróleos de Venezuela, Sociedad Anónima Venezolana are present, and they sign the attendance list. They are acting legally, in accordance with the members' ratification of the Ad Hoc Board of Administration, set forth in the Agreement approved by the National Assembly dated January twenty-sixth, two thousand twenty-three (January 26, 2023), published in Legislative Gazette Number Sixty-eight (68) dated February third, two thousand twenty-three (February 3, 2023). At this meeting the Agenda has been submitted for consideration and discussion, and the following points were approved: First: It was approved to suspend and defer, as of the date of this Assembly meeting and up until December 31, 2028, all lapses of statutes of limitations and/or constructive abandonment for failure to prosecute that, pursuant to the laws of the State of New York of the United States of America, are applicable to the bonds legally issued by the company named Petróleos de Venezuela S.A. Second: It was approved that what was agreed to in the First point does not imply a waiver of other defenses that Petróleos de Venezuela S.A. may legitimately assert in case of lawsuits against it aimed at collecting on Bonds or other obligations. Third: It was approved to urge the holders of Bonds issued by Petróleos de Venezuela S.A. not to bring judicial actions, in order to contribute to the future orderly and equitable process for restructuring and payment of debt. Fourth: It was approved to authorize the Chair of the Ad Hoc Board of Administration of Petróleos de Venezuela S.A. to publicize these Minutes. It is noted for the record that these proposals were unanimously approved by the members of the Board of Administration present. That is all. Read, approved, and signed by the members of the Ad Hoc Board of Administration of Petróleos de Venezuela S.A.

The Ad Hoc Board of Administration of Petróleos de Venezuela.
(Original Signed)



**MINUTES OF THE SPECIAL SHAREHOLDERS' MEETING OF CORPORACIÓN ELÉCTRICA NACIONAL S.A. – CORPOELEC**

Held on August eighth [sic], two thousand twenty-three (August 10, 2023) in the city of Miami, Florida, United States of America.

At ten a.m. on August of tenth, two thousand twenty-three (August 10, 2023), meeting without need for a call to assemble are one hundred percent (100%) of the shareholders of the State-owned Enterprise named CORPORACIÓN ELÉCTRICA NACIONAL S.A. (CORPOELEC): The Bolivarian Republic of Venezuela though its Board of Administration and Protection of Assets (CAPA), which holds 75% of the shares, and Petróleos de Venezuela S.A. (PDVSA), represented by the Chair of its Ad Hoc Board of Administration, which holds of 25% of the shares. They are meeting in a Special Shareholders' Meeting of the above-referenced company and as its maximum authority, pursuant to its Corporate Bylaws and to the Commercial Code. The Agenda was submitted for consideration and discussion, and the following points were approved: **First:** It was approved to suspend and defer, as of the date of this meeting and up until December 31, 2028, all lapses of statutes of limitations and/or constructive abandonment for failure to prosecute that, pursuant to the laws of the State of New York of the United States of America, are applicable to the bonds legally issued by Electricidad de Caracas, S.A.C.A., of which CORPOELEC is its universal successor. **Second:** It was approved that what was agreed to in the First point does not imply a waiver of other defenses that CORPOELEC may legitimately assert in case of lawsuits against it aimed at collecting on Bonds or other obligations. **Third:** It was approved to urge the holders of Bonds issued by Electricidad de Caracas, S.A.C.A. not to bring judicial actions, in order to contribute to the future orderly and equitable process of restructuring and payment of debt. **Fourth:** It was approved to authorize CAPA to publicize these Minutes. It is noted for the record that these proposals were unanimously approved by 100% of the Shareholders. That is all. Read, approve, and signed by the representatives of the Republic and of Petróleos de Venezuela S.A.

By CAPA (signed in the original)

By Petróleos de Venezuela (signed in original)

## AFFIDAVIT OF JAMES A. CLARK

STATE OF TEXAS         §
                       §
COUNTY OF HARRIS       §

BEFORE ME, the undersigned Notary Public, on this day personally appeared James A. Clark, who, being by me duly sworn, deposed and said as follows:

1. My name is James A. Clark. I am over eighteen (18) years of age, I have never been convicted of a felony or a crime of moral turpitude, and I am competent to make this affidavit.

2. I am a professional translator. I am a Master Licensed Court Interpreter with a Spanish endorsement in the State of Texas. I am also a Certified Translator, certified by the American Translators Association.

3. I have worked as a professional translator for over 20 years. I have specialized experience in legal and technical translation.

4. I hereby certify to the best of my knowledge and ability that the translation of the following documents from English to Spanish is fair and accurate:

   A. Five pages from the Legislative Gazette of the National Assembly of the Bolivarian Republic of Venezuela, No. 74 dated August 11, 2023 with the following content:

   AGREEMENT IN RELATION TO THE BONDS ISSUED BY THE BOLIVARIAN REPUBLIC OF VENEZUELA GOVERNED UNDER THE LAWS OF THE STATE OF NEW YORK OF THE UNITED STATES OF AMERICA.

   MINUTES OF THE REGULAR MEETING OF THE AD HOC BOARD OF ADMINISTRATION OF PETRÓLEOS DE VENEZUELA S.A.

   MINUTES OF THE SPECIAL MEETING OF SHAREHOLDERS OF CORPORACIÓN ELÉCTRICA NACIONAL S.A. - CORPOELEC

5. I have read this affidavit and have had the opportunity to make any corrections. I have given this affidavit voluntarily and, by my signature below, swear that it is true and correct.

June 3, 2024                                        *James Clark*
Date                                                Signature



Caracas, viernes 11 de agosto de 2023  -  Nº 74

Sumario

ACUERDO CON RELACIÓN A LOS BONOS EMITIDOS POR LA REPÚBLICA BOLIVARIANA DE VENEZUELA REGIDOS POR LAS LEYES DEL ESTADO DE NUEVA YORK DE LOS ESTADOS UNIDOS DE AMÉRICA.

ACTA DE REUNIÓN ORDINARIA DE LA JUNTA DE ADMINISTRACIÓN AD HOC DE PETRÓLEOS DE VENEZUELA S.A.

ACTA DE REUNIÓN EXTRAORDINARIA DE ACCIONISTAS DE CORPORACIÓN ELÉCTRICA NACIONAL S.A -CORPOELEC





República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

## LA ASAMBLEA NACIONAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

En defensa de la Constitución, la Democracia y el Estado de Derecho

**ACUERDO CON RELACIÓN A LOS BONOS EMITIDOS POR LA REPÚBLICA BOLIVARIANA DE VENEZUELA REGIDOS POR LAS LEYES DEL ESTADO DE NUEVA YORK DE LOS ESTADOS UNIDOS DE AMÉRICA**

### CONSIDERANDO

Que en el marco del artículo 333 de la Constitución de la República Bolivariana de Venezuela esta Asamblea Nacional dictó el Estatuto que rige la transición a la democracia para restablecer la vigencia de la Constitución de la República Bolivariana de Venezuela, que incluye dentro de sus objetivos la protección democrática y efectiva de los activos de la República en el extranjero.

### CONSIDERANDO

Que los regímenes de Hugo Chávez y Nicolás Maduro legaron una deuda pública externa que se traduce en múltiples obligaciones y reclamaciones privadas en contra del sector público, y especialmente, en contra de la República, Petróleos de Venezuela, S.A. (PDVSA), el Banco Central de Venezuela (BCV), y otras empresas del Estado, todo lo cual coloca en riesgo activos indispensables para la atención de la emergencia humanitaria compleja y la reconstrucción económica del país, lo que hace urgente la protección de los activos del Estado Venezolano en el extranjero en los múltiples juicios y arbitrajes en curso, así como la prevención de nuevos litigios y la reestructuración ordenada de las deudas legítimamente contraídas.

### CONSIDERANDO

Que el Gobierno de los Estados Unidos a través de la Oficina de Control de Activos Extranjeros (OFAC) del Departamento del Tesoro ha reiterado el reconocimiento de la autoridad de la Asamblea Nacional de 2016 para representar al país y sus activos en EEUU (Licencia General 31B del 9 de enero de 2023), y adicionalmente ha emitido la Licencia General No. 42 del 1°de mayo de 2023, en la cual se autorizó a la Asamblea Nacional de 2016, sus entes o autoridades designadas o bajo su control para la negociación de acuerdos de conciliación con relación a cualquier deuda del Gobierno de Venezuela, PDVSA o filiales.

### CONSIDERANDO

Que los lapsos de prescripción y/o caducidad aplicables a los bonos emitidos por la República Bolivariana de Venezuela están próximos a cumplirse, lo que probablemente forzaría a los tenedores (incluso aquellos que no deseen hacerlo) a presentar demandas judiciales contra la República en las Cortes de los Estados Unidos con la finalidad de interrumpir dichos lapsos y evitar la extinción de sus miacreencias. Situación que generaría nuevos costos legales de defensa y dificultaría la posibilidad de una futura reestructuración financiera ordenada, así como la futura reinserción de Venezuela en los mercados financieros internacionales y el acceso a los financiamientos requeridos para la reconstrucción del país.

### ACUERDA:

**PRIMERO:** La Asamblea Nacional de Venezuela como única institución democrática y legítima representante de la República Bolivariana de Venezuela en los Estados Unidos, en su nombre, suspende y difiere desde la fecha del presente acuerdo y hasta el 31 de diciembre de 2028 todo lapso de prescripción y/o caducidad que, de



República Bolivariana de Venezuela
Asamblea Nacional
Caracas - Venezuela

conformidad con las leyes de Nueva York de los Estados Unidos de América, sea aplicable a los bonos emitidos legalmente por la República Bolivariana de Venezuela.

**SEGUNDO:** El Acuerdo Primero no implica renuncia a otras defensas que legítimamente pueda oponer la República Bolivariana en caso de demandas judiciales en su contra para el cobro de Bonos u otras obligaciones.

**TERCERO:** Instar a los tenedores de Bonos emitidos por la República a no ejercer acciones judiciales a fin de contribuir con el futuro proceso ordenado y equitativo de reestructuración y pago de deuda.

**CUARTO:** Respaldar las declaraciones o acuerdos similares al presente que sean producidos en el ámbito de su autonomía por otros entes estadales cuyas autoridades han sido designadas por esta Asamblea Nacional o por el Consejo de Administración y Protección de Activos, que hayan emitido Bonos o deuda que se encuentren en la misma situación de próxima prescripción.

**QUINTO:** Ordenar la publicación del presente acuerdo en la Gaceta Legislativa e instar al Consejo de Administración y Protección de Activos para que le dé la debida difusión.

Dado, firmado y sellado en sesión en línea de la Asamblea Nacional, celebrada por decisión de la Junta Directiva y de conformidad con lo previsto en los artículos 13, numeral 4, y 56, último aparte, del Reglamento de Interior y de Debates de la Asamblea Nacional, en razón de la usurpación que la dictadura de Nicolás Maduro mantiene sobre las instalaciones del Palacio Legislativo a los ocho días del mes de agosto de 2023. Años 212° de la Independencia y 163° de la Federación.

Dinorah Figuera Tovar
Presidenta de la Asamblea Nacional

Marianela Fernández
Primera Vicepresidenta de la Asamblea Nacional

Auristela Vásquez
Segunda Vicepresidenta de la Asamblea Nacional

José Figueredo
Secretario de la Asamblea Nacional

Luis Bustos
SubSecretario de la Asamblea Nacional





## ACTA DE REUNIÓN ORDINARIA DE LA JUNTA DE ADMINISTRACIÓN AD HOC DE PETRÓLEOS DE VENEZUELA S.A.

Realizada el día nueve (09) de agosto de dos mil veintitrés (2023)

En la ciudad de Miami, Estados Unidos de Norteamérica, siendo las once y cinco minutos de la mañana del día nueve (09) de agosto de dos mil veintitrés (2023), estando reunidos previa convocatoria la totalidad de los miembros que firman la lista de asistencia de la Junta de Administración Ad Hoc de la empresa Petróleos de Venezuela, Sociedad Anónima venezolana, actuando legalmente de conformidad con la ratificación de los miembros de la Junta de Administración Ad Hoc que consta en el Acuerdo aprobado por la Asamblea Nacional de fecha veintiséis (26) de enero de dos mil veintitrés (2023), publicado en la Gaceta Legislativa número sesenta y ocho (68) de fecha tres (03) de febrero de dos mil veintitrés (2023), en la cual se ha presentado a la consideración y discusión el Orden del Día, siendo aprobado los siguientes puntos: Primero: Se aprobó suspender y diferir desde la fecha de la presente reunión de Asamblea y hasta el 31 de diciembre de 2028, todo lapso de prescripción y/o caducidad que, de conformidad con las leyes del Estado de Nueva York de los Estados Unidos de América, sean aplicable a los bonos emitidos legalmente por la empresa Petróleos de Venezuela S.A. Segundo: Se aprobó que lo acordado en el punto Primero no implica renuncia a otras defensas que legítimamente pueda oponer Petróleos de Venezuela S.A., en caso de demandas judiciales en su contra para el cobro de Bonos u otras obligaciones. Tercero: Se aprobó instar a los tenedores de Bonos emitidos por Petróleos de Venezuela S.A., a no ejercer acciones judiciales a fin de contribuir con el futuro proceso ordenado y equitativo de reestructuración y pago de deuda. Cuarto: Se aprobó autorizar al presidente de la Junta de Administración Ad Hoc de Petróleos de Venezuela S.A., a dar publicidad a la presente Acta. Se deja constancia que tales propuestas fueron aprobadas de manera unánime por los miembros de la Junta de Administración presentes. Es todo. Se leyó, se aprobó y firmaron los miembros de la junta de Administración Ad Hoc de Petróleos de Venezuela S.A.

La Junta de Administración Ad Hoc de Petróleos de Venezuela.
(Origial Firmado)



## ACTA DE REUNIÓN EXTRAORDINARIA DE ACCIONISTAS DE CORPORACIÓN ELÉCTRICA NACIONAL S.A -CORPOELEC

Realizada el día ocho (10) de agosto de dos mil veintitrés (2023) en la ciudad de Miami, Florida, Estados Unidos de Norteamérica.

Siendo las diez de la mañana del día diez (10) de agosto de dos mil veintitrés (2023), estando reunidos sin necesidad de convocatoria previa el cien por ciento (100%) de los accionistas de la empresa estatal CORPORACIÓN ELÉCTRICA NACIONAL S.A. (CORPOELEC), la República Bolivariana de Venezuela por órgano del Consejo de Administración y Protección de Activos (CAPA), titular del 75 % de las acciones y Petróleos de Venezuela S.A. (PDVSA), representada por el Presidente de su Junta Administradora Ad hoc, titular del 25% de las acciones, constituidos en Asamblea extraordinaria de Accionistas de la referida empresa y como su máxima autoridad conforme a sus Estatutos y al Código de Comercio, se presentó a la consideración y discusión el Orden del Día, siendo aprobado los siguientes puntos: **Primero:** se aprobó suspender y diferir desde la fecha de la presente asamblea y hasta el 31 de diciembre de 2028 todo lapso de prescripción y/o caducidad que de conformidad con las leyes del estado de Nueva York de los Estados Unidos de América sean aplicables a los bonos emitidos legalmente por la Electricidad de Caracas, S.A.C.A. de la cual CORPOELEC es sucesora a título universal. **Segundo:** Se aprobó que lo acordado en el punto Primero no implica renuncia a otras defensas que legítimamente pueda oponer CORPOELEC en caso de demandas judiciales en su contra para el cobro de Bonos u otras obligaciones. **Tercero:** Se aprobó instar a los tenedores de Bonos emitidos por la Electricidad de Caracas, S.A.C.A. a no ejercer acciones judiciales a fin de contribuir con el futuro proceso ordenado y equitativo de reestructuración y pago de deuda. **Cuarto**: Se aprobó autorizar al CAPA para dar publicidad a la presente Acta. Se deja constancia que todas las propuestas fueron aprobadas de manera unánime por el 100% de los Accionistas. Es todo. Se leyó, se aprobó y firmaron los representantes de la República y de Petróleos de Venezuela S.A.

Por CAPA (firmado en el original)

Por Petróleos de Venezuela (firmado en original)